

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2019

No. 04-19-00264-CV

Joe **GOMEZ,**
Appellant

v.

**HILLCREST INN,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 19226C
Honorable Susan Harris, Judge Presiding

# O R D E R

Pursuant to our June 26, 2019 order, appellant's brief was due July 26, 2019. Neither the brief nor a motion for extension of time has been filed.

We ORDER Appellant Joe Gomez to file, on or before **August 23, 2019**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, his appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court